IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

SAMANTHA L. MUSICK, AN INFANT, BY )
AND THROUGH HER MOTHER AND )
NEXT FRIEND, AMY L. MUSICK, )
                                         )
      Plaintiff, )
                                         )
v. )  Civil Action No.: 1:11-CV-00005
                                         )
DOREL JUVENILE GROUP, INC., )
                                         )
      Defendant. )
                                         )

**PLAINTIFF'S MOTION TO EXCLUDE PORTIONS OF
DR. WILLIAM VAN ARSDELL'S PROPOSED OPINION TESTIMONY**

COMES NOW the plaintiff, by counsel, and moves this Court for the entry of an Order excluding certain opinion testimony of Defendant's witness Dr. William Van Arsdell for the reasons stated in her Brief In Support of Her Motion to Exclude Portions of Dr. William Van Arsdell's Proposed Opinion Testimony.

Respectfully submitted,

SAMANTHA L. MUSICK

By: s/ Anthony M. Russell
Counsel

Charles H. Smith, III (VSB No. 32891)
Anthony M. Russell (VSB No. 44505)
GENTRY LOCKE RAKES & MOORE, LLP
800 SunTrust Plaza
P. O. Box 40013
Roanoke, VA  24022-0013
(540) 983-9300
Fax:  (540) 983-9400
Email: trey_smith@gentrylocke.com
        anthony_russell@gentrylocke.com

T. Shea Cook (VSB No. 34832)
T. SHEA COOK, P.C.
2411 Second Street
P.O. Box 507
Richlands, VA 24641
(276) 963-4332
Fax: (276) 963-6271
Email: tsheacook@yahoo.com
    *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of September, 2011, the foregoing was filed with the Court using the ECF filing system, which will send notice to Walter C. Greenough, Esq. (admitted *pro hac vice*) and Jonathan Judge, Esq. (admitted *pro hac vice*), Schiff Hardin LLP, 233 South Wacker Drive, Suite 6600, Chicago, IL 60606 and to Lynne Jones Blain, Esq. (VSB No. 23719) Harman Claytor Corrigan Wellman, P.O. Box 70280, Richmond, VA 23255, counsel for defendant.

                                              s/ Anthony M. Russell