IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ABINGDON, VA
FILED

NOV 14 2011

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| SAMANTHA L. MUSICK, ETC., | ) |
| Plaintiff, | ) Case No. 1:11CV00005 |
| v. | ) **VERDICT** |
| DOREL JUVENILE GROUP, INC., | ) |
| Defendant. | ) |

We, the jury, unanimously find as follows:

1. Has the plaintiff proved by a preponderance of the evidence that the child car seat in question was defective?

    _____          ✓ _____
        Yes                      No

    *If your answer to this question is "No," then you are finished. Do not answer any further questions. If your answer to this question is "Yes," answer the following question:*

2. Has the plaintiff proved by a preponderance of the evidence that the defect proximately caused the plaintiff's injuries?

    _____          _____
        Yes                      No

    *If your answer to this question is "No," then you are finished. Do not answer any further questions. If your answer to this question is "Yes," answer the following questions:*

3. What is the amount of damages proved by the plaintiff by a preponderance of the evidence to have resulted from her injuries?

$ _____

4. What is the amount of damages you found that is attributable to any future loss earnings capacity? In other words, of the amount of damages you filled in above, what part of that figure has the plaintiff proved by a preponderance of the evidence resulted from loss of future earnings capacity, if any.

$ _____

5. Do you provide for interest on the amount of damages set forth in your answer to Question No. 3 above?

_____    _____
    Yes                No

*If your answer to this question is "No," then you are finished. Do not answer any further questions. If your answer to the question is "Yes," answer the following questions:*

6. State the amount of damages upon which you provide for interest (either the total amount set forth in your answer to Question No. 3 or a part thereof):

$ _____

7. State the date (month, day, and year) from which interest shall commence:

_____

_____
Foreperson

-2-